# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

*In re C. R. Bard, Inc.*
*Pelvic System Products Liability Litigation*
*MDL No. 2187*

Civil Action No. __2:14-cv-23173__

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The Master Complaint in MDL No. 2187 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

    __Vanessa Smith__

2. Plaintiff Husband

    __N/A__

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

    __N/A__

4. State of Residence

    __South Carolina__

5. District Court and Division in which action is to be filed upon transfer from the MDL.

    __United States District Court for the District of South Carolina -__

    __Charleston Division__

6. Defendants (Check Defendants against whom Complaint is made):

    ☒   A. C. R. Bard, Inc. ("Bard")

    ☐   B. Sofradim Production SAS ("Sofradim")

☒ C. Tissue Science Laboratories Limited ("TSL")

☐ D. Ethicon, Inc.

☐ E. Johnson & Johnson

☒ F. American Medical Systems, Inc. ("AMS")

☐ G. Boston Scientific Corporation

☐ H. Mentor Worldwide LLC

☐ I. Coloplast Corp.

☐ J. Cook Incorporated

☐ K. Cook Biotech, Inc.

☐ L. Cook Medical, Inc.

☐ M. Desarrollo e Investigación Médica Aragonesa, S.L. ("DIMA")

☐ N. Neomedic International, S.L.

☐ O. Neomedic Inc.

☐ P. Specialties Remeex International, S.L.

7. Basis of Jurisdiction

☒ Diversity of Citizenship

8.

a. Paragraphs in Master Complaint upon which venue and jurisdiction lie

Paragraphs 6, 7, and 8

b. Other allegations of jurisdiction and venue

N/A

9. Defendants' products implanted in Plaintiff  (Check products implanted in Plaintiff)

- [ ] A. The Align Urethral Support System;
- [ ] B. The Align TO Urethral Support System;
- [ ] C. The Avaulta Anterior BioSynthetic Support System;
- [ ] D. The Avaulta Posterior BioSynthetic Support System;
- [ ] E. The Avaulta Plus Anterior Support System;
- [ ] F. The Avaulta Plus Posterior Biosynthetic  Support System;
- [ ] G. The Avaulta Solo Anterior Synthetic Support System;
- [ ] H. The Avaulta Solo Posterior Synthetic Support System;
- [ ] I. The InnerLace BioUrethral Support System;
- [ ] J. The Pelvicol Acellular Collagen Matrix;
- [ ] K. The PelviLace BioUrethral Support System;
- [ ] L. The PelviLace TO Trans-obturator BioUrethral Support System;
- [x] M. The PelviSoft Acellular Collagen BioMesh;
- [ ] N. The Pelvitex Polypropylene Mesh;
- [ ] O. The Uretex SUP Purbourethral Sling;
- [ ] P. The Uretex TO Trans-obturator Urethral Support System;
- [ ] Q. The Uretex TO2 Trans-obturator Urethral Support System; and

3

    ☐    R. The Uretex TO3 Trans-obturator Urethral Support System.

    ☒    S. Other

    <u>AMS - InteXen</u>

10. Defendants' Products about which Plaintiff is making a claim. (Check applicable products)

    ☐    A. The Align Urethral Support System;

    ☐    B. The Align TO Urethral Support System;

    ☐    C. The Avaulta Anterior BioSynthetic Support System;

    ☐    D. The Avaulta Posterior BioSynthetic Support System;

    ☐    E. The Avaulta Plus Anterior Support System;

    ☐    F. The Avaulta Plus Posterior Biosynthetic Support System;

    ☐    G. The Avaulta Solo Anterior Synthetic Support System;

    ☐    H. The Avaulta Solo Posterior Synthetic Support System;

    ☐    I. The InnerLace BioUrethral Support System;

    ☐    J. The Pelvicol Acellular Collagen Matrix;

    ☐    K. The PelviLace BioUrethral Support System;

    ☐    L. The PelviLace TO Trans-obturator BioUrethral Support System;

    ☒    M. The PelviSoft Acellular Collagen BioMesh;

    ☐    N. The Pelvitex Polypropylene Mesh;

    ☐    O. The Uretex SUP Purbourethral Sling;

    ☐    P. The Uretex TO Trans-obturator Urethral Support System;

    ☐    Q. The Uretex TO2 Trans-obturator Urethral Support System; and

☐ R. The Uretex TO3 Trans-obturator Urethral Support System.

☒ S. Other

AMS - InteXen

11. Date of Implantation as to Each Product

10/10/2005

10/10/2005

12. Hospital(s) where Plaintiff was implanted (including City and State)

Trident Medical Center, Norcross, GA

Trident Medical Center, Norcross, GA

13. Implanting Surgeon(s)

James T. Martin, MD

James T. Martin, MD

14. Counts in the Master Complaint brought by Plaintiff(s):

☒ Count I

☒ Count II

☒ Count III

☒ Count IV

☒ Count V

☒ Count VI

☐ Count VII (by the Husband)

☒ Count VIII

☐ Other Count _____ (please state the facts supporting this Count in the space, immediately below)

☐ Other Count _____ (please state the facts supporting this Count in the space, immediately below)

_____

_____

_____

_____

_____

_____

*s/ J. Steve Mostyn*
J. Steve Mostyn
Texas Bar No. 00798389
**MOSTYN LAW FIRM**
3810 West Alabama Street
Houston, TX  77027
(713) 861-6616 Telephone
(713) 861-8084 Facsimile

Kurt Arnold
Texas Bar No. 24036150
Jason Itkin
Texas Bar No. 24032461
Noah Wexler
Texas Bar No. 24060816
**ARNOLD & ITKIN LLP**
6009 Memorial Drive
Houston, TX 77007
(713) 222-3800 Telephone
(713) 222-3850 Facsimile

**ATTORNEYS FOR PLAINTIFF**